```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DENETTE J. LIGON, Individually and as the
representative of a class of similarly situated
persons,

                         Plaintiff,                      **21-CV-6876 (PAE) (KHP)**

        -against-                            **ORDER ADJOURNING INITIAL**
                                                      **CASE MANAGEMENT**
EUROMARKET DESIGNS, INC.                       **CONFERENCE**
d/b/a Crate & Barrel,
                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Voluntary Dismissal filed on October 12, 2021 (doc. no 8) the Initial Case Management Conference currently scheduled for **November 18, 2021** is hereby adjourned *sine die.*

       **SO ORDERED.**

DATED:     New York, New York
               October 13, 2021

                                           */s/ Katharine H. Parker*
                                          _____
                                           KATHARINE H. PARKER
                                           United States Magistrate Judge